IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01617-KLM-CBS

WEST BEND MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

BRITTANY SCHWANTES,
THOMAS SIMMINS, and
MARY SIMMINS,

    Defendants.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Interested Party.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by the Order of Reference pursuant to 28 U.S.C. § 636(c), signed on September 2, 2011, by District Judge William J. Martínez and was assigned to Magistrate Judge Kristen L. Mix on September 2, 2011. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order Referring Case to Magistrate Judge Craig B. Shaffer, entered by District Judge William J. Martínez on June 22, 2011 [Docket No. 2], is otherwise **vacated**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference will be held by Magistrate Judge Kristen L. Mix on **March 8, 2012**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further order of the Court.

IT IS FURTHER **ORDERED** that the Trial Preparation Conference will be held on **May 9, 2012**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that a one-day trial to the Court is scheduled for **May 23, 2012**, commencing at **9:00 a.m.**  The Court will issue a Civil Trial Procedures Order contemporaneously with this Order of Reference.

IT IS FURTHER **ORDERED** that no opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1A.  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a telephone hearing with Magistrate Judge Mix regarding the issue by calling Chambers at (303) 335-2770.  Both of these steps must be completed before any contested discovery motions are filed with the Court.

Dated:  September 6, 2011

BY THE COURT:

s/ Kristen L. Mix
KRISTEN L. MIX
United States Magistrate Judge