IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01617-KLM-CBS

WEST BEND MUTUAL INSURANCE COMPANY,

     Plaintiff,

v.

BRITTANY SCHWANTES,
THOMAS SIMMINS, and
MARY SIMMINS,

     Defendants, and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Intervenor Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendant/Intervenor American Family Mutual Insurance Company's Unopposed Motion to Modify Scheduling Order** [Docket No. 39; Filed October 28, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered August 30, 2011 [Docket No. 22] is modified as follows:

| | |
|---|---|
| Deadline to serve written discovery | **December 28, 2011** |
| Discovery cutoff | **January 30, 2012** |
| Dispositive motion deadline | **February 15, 2012** |

     IT IS FURTHER **ORDERED** that the Trial Preparation Conference set for May 9, 2012, at 10:00 a.m. and the Bench Trial scheduled to commence on May 23, 2012, are **VACATED**.  The Court will reset these dates, if necessary, at the Final Pretrial Conference.

     IT IS FURTHER **ORDERED** that, in order to accommodate the above-stated deadlines, the Final Pretrial Conference set for March 8, 2012, at 10:00 a.m. is **VACATED** and **RESET** to **April 3, 2012**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G.

Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **March 27, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  October 31, 2011