IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01617-KLM-CBS

WEST BEND MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

BRITTANY SCHWANTES,
THOMAS SIMMINS, and
MARY SIMMINS,

    Defendants, and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Intervenor Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a document filed as an **Unopposed Motion for Extension of Time . . .** [Docket No. 55; Filed January 24, 2012]; **Intervenor Defendant American Family Mutual Insurance Company's Motion to Modify Scheduling Order to Extend Discovery Cut-Off to Allow for Deposition of Truyman-Haase Insurance Agency** [Docket No. 56; Filed January 24, 2012]; and **Intervenor Defendant American Family Mutual Insurance Company's Motion to Strike Document #55 from the Docket as Improperly Filed** [Docket No. 57; Filed January 24, 2012].

    IT IS HEREBY **ORDERED** that the Motion to Strike [#57] is **GRANTED**, and the Unopposed Motion for Extension of Time . . . [#55] is **STRICKEN**.

    IT IS FURTHER **ORDERED** that the Motion to Modify Scheduling Order . . . [#56] is **GRANTED** as follows.  The deadline for completing discovery is extended up to and including **February 9, 2012**, for the *sole purpose* of conducting the Rule 30(b)(6) deposition of the Truyman-Haase Insurance Agency.

    The Court will issue a written order regarding the motions pending at Docket Nos. 41, 48, 51, and 52 in due course.

    Dated:  January 25, 2012