IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01617-KLM-CBS

WEST BEND MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

BRITTANY SCHWANTES,
THOMAS SIMMINS, and
MARY SIMMINS,

    Defendants, and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Intervenor Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a letter from counsel for Plaintiff, attached to this Minute Order.  Counsel advises the Court that this matter has settled.  Accordingly,

    IT IS HEREBY **ORDERED** that the pending motions [## 41, 48, 51, 52, 58, and 73] are **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **May 4, 2012**.

    Dated:  April 4, 2012