IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01617-KLM-CBS

WEST BEND MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

BRITTANY SCHWANTES,
THOMAS SIMMINS, and
MARY SIMMINS,

    Defendants, and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Intervenor Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation for Dismissal with Prejudice** [Docket No. 77; Filed May 11, 2012].  Accordingly,

    IT IS HEREBY **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and the parties shall bear their own fees and costs.

    Dated:  May 11, 2012

                                      BY THE COURT:

                                      Kristen L. Mix
                                      United States Magistrate Judge